Kirk A. Pasich (SBN 94242)
kpasich@pasichllp.com
Pamela Woods (SBN 101520)
pwoods@pasichllp.com
PASICH LLP
10880 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LAWRENCE A. POST, an individual; SANIJE PERRETT, an individual; and JEREMY SAGI, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:19-cv-03060-FMO (JCx)<br><br>**MODIFIED ORDER ON STIPULATED PROTECTIVE ORDER** |

Having reviewed and considered the parties' Stipulated Protective Order (Docket No. 16), and having received no objections to the August 19, 2019 Order Re (Proposed) Stipulated Protective Order (Docket No. 17), the Court concludes that good cause exists to approve the Stipulated Protective Order with the following modifications:

1. Paragraph 3.18 – The definition of "Testimony" is modified to read as follows: "all depositions, declarations or other testimony taken or used in this Proceeding, other than testimony elicited during a court hearing or at trial in this Proceeding."

2. Paragraph 4 –

    (a) The following language is added to the end of the first subparagraph of Paragraph 4: "other than during a court hearing or at trial."

    (b) The following language is added between "Protected Material" and "at trial" in the last sentence of the second subparagraph of Paragraph 4: "during a court hearing or".

3. Paragraph 9(c) – The following language is added to the end of the second to last sentence: "or unless otherwise required by the law or court order."

4. Paragraph 14 – The cross-reference therein to Section 4 is replaced with a cross-reference to Section 5.

**IT IS SO ORDERED.**

DATE: August 27, 2019          /s/
                                          Hon. Jacqueline Chooljian
                                          United States Magistrate Judge